## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 598 MAL 2014
:
                Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.              :
:
:
:
DWAYNE ARMAND WEIR,      :
:
                Petitioner       :


## ORDER


**PER CURIAM**

     **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.